**No. 39193.**—Protests 715830–G, etc., of Nature's Herb Co. et al. (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel the merchandise in question was held free of duty as follows: (1) oregano leaves under paragraph 1722, *United States* v. *Strohmeyer* (25 C. C. P. A. 120, T. D. 49242) followed; (2) savory leaves under paragraph 1722, Abstract 37783 followed; (3) marjoram leaves under paragraph 1722, *Knickerbocker* v. *United States* (T. D. 48959) followed; and (4) thyme leaves under paragraph 1669, *Seeck* v. *United States* (T. D. 47383) followed.

**No. 39194.**—Protest 641565–G of Chili Products Co. (Los Angeles).

Opinion by EVANS, J. On the record presented the laurel leaves and thyme leaves in question were held free of duty under paragraph 1722 or 1669.

**No. 39195.**—Protests 628543–G, etc., of Coffee Products of America (Los Angeles).

Opinion by EVANS, J. On the record presented the claim for free entry under paragraph 1722 was sustained.

**No. 39196.**—Protests 675118–G, etc., of Rieser Co., Inc., et al. (New York).

Opinion by EVANS, J. An examination of the records failed to disclose anything that would warrant disturbing the action of the collector. The protests were therefore overruled.

**No. 39197.**—Petition 5462–R of J. A. Forrest Co. (Pembina).

Opinion by KEEFE, J. Under the circumstances surrounding these entries the court was convinced that the importer was without any intention to defraud the revenue of the United States, to conceal or misrepresent the facts, or to deceive the appraiser as to the value of the merchandise, and was diligent in endeavoring to enter his goods at the prevailing prices on the dates of shipment. The petition was therefore granted.

**No. 39198.**—Petition 5520–R of McCabe Bros. Co. (Pembina).

Opinion by KEEFE, J. It appeared that the merchandise was invoiced at 29½ cents per bushel of 34 pounds while the appraiser found a value of 29½ cents per bushel of 32 pounds. It was established that 34 pounds was the proper number of pounds per bushel in Canada. From the evidence it was found that the importer acted in entire good faith. The petition was therefore granted.